IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| RICKY L. KIDD, | ) | |
| --- | --- | --- |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No.: 03-0079-CV-W-SOW |
| | ) | |
| DONNA McCONDICHIE, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT IN A CIVIL CASE

____  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__  **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

ORDERED that petitioner's Amended Petition for Writ of Habeas Corpus (Doc. #51) is denied.

|  | ANN THOMPSON |
| --- | --- |
| Date: December 8, 2009 | Clerk |
| | |
| | /s/ K. McIlvain |
| | Deputy Clerk |