IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RICKY L. KIDD, | ) |
|     Petitioner, | ) |
| vs. | ) Case No.: 03-0079-CV-W-SOW |
| DONNA McCONDICHIE, | ) |
|     Respondent. | ) |

## **ORDER**

Before the Court are petitioner's Motion to Vacate Judgment Denying Petition for Writ of Habeas Corpus (Doc. #131), respondent's Suggestions in Opposition, petitioner's Reply, and petitioner's Motion to Withdraw Document #130 (Doc. #133).

Petitioner asks this Court to vacate its judgment denying his Petition for Writ of Habeas Corpus. The Court has reviewed the briefs submitted by the parties and declines to vacate the judgment denying the petition.

Accordingly, it is hereby

ORDERED that petitioner's Motion to Vacate Judgment Denying Petition for Writ of Habeas Corpus (Doc. #131) is denied. It is further

ORDERED that petitioner's Motion to Withdraw Document #130 (Doc. #133) is granted and Document No. 130 is deemed withdrawn.

    /s/ Scott O. Wright
    SCOTT O. WRIGHT
    Senior United States District Judge

DATED: February 2, 2010